THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PROSPERITY COMPANY, INC., Respondent, against ROLLAND B. MARVIN, as Mayor of the City of Syracuse, et al., Appellants.

Argued June 3, 1940; decided October 1, 1940.

*Benjamin E. Shove* for motion.

*James C. Tormey, Corporation Counsel (John F. Hmiel* of counsel), opposed.

Motion denied.